```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  JONATHAN B. CONKLIN
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
 5
 6
 7              IN THE UNITED STATES DISTRICT COURT FOR THE
 8                    EASTERN DISTRICT OF CALIFORNIA
 9
10
11  UNITED STATES OF AMERICA,    )   CR.F. 05-0093 OWW
                                 )
12           Plaintiff,          )
                                 )   GOVERNMENT'S REQUEST FOR
13       v.                      )   EXTENSION OF TIME TO RESPOND
                                 )   TO APPELLANT'S OPENING BRIEF
14                               )   ON APPEAL
    ATILANO MAGBALETA,           )
15                               )
             Defendant.          )
16                               )
    _____)
17
```

18     The United States, by and through its undersigned counsel,
19 hereby requests an extension of time through and including July
20 31, 2005, to file its response to the Appellant's Opening Brief.
21 The reasons underlying the requested extension are detailed in the
22 attached Declaration of Assistant United States Attorney Jonathan

1

1 | B. Conklin.  The government also agrees that the defense reply
2 | brief may be filed on or before August 19, 2005.
3 | DATED: June 3, 2005                Respectfully submitted,
4 |                                    MCGREGOR W. SCOTT
                                       United States Attorney
5 |
6 |                                    By /s/ Jonathan B. Conklin
                                         JONATHAN B. CONKLIN
7 |                                    Assistant U.S. Attorney

DECLARATION OF JONATHAN B. CONKLIN

I, Jonathan B. Conklin, declare:

1. I am an Assistant United States Attorney for the Eastern District of California, and I have been assigned to respond to the Appellant's Opening Brief.

2. The current court order requires that the government file its opening brief by June 5, 2005, three weeks after date set for the submission of appellant's opening brief.

3. Counsel for the government is currently involved in numerous investigations and case related matters that have prevented adequate preparation for the timely filing of government's opening brief.

4. The government requests that date to file a response to defendant's opening brief on appeal be extended to July 29, 2005.

5. Opposing counsel has been notified of the request for a continuance and does not oppose the request. Opposing counsel did request that her reply brief not be due until on or before August 8, 2005.

6. The original sentence imposed in this case did not require defendant to serve any custodial sentence, therefore the defendant will remain out of custody during the pendency of this appeal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 27th day of May, 2005, at Fresno, California.

/s/ Jonathan B. Conklin
JONATHAN B. CONKLIN

1

```
MCGREGOR W. SCOTT
United States Attorney
JONATHAN B. CONKLIN
Assistant U.S. Attorney
3654 Federal Building
1130 "O" Street
Fresno, California  93721
Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.F. 05-0093 REC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| | ) | |
| ATILANO MAGBALETA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    For good cause as established in the government's request for an extension of time;

    IT IS HEREBY ORDERED, that the government may have until July 29, 2005, to respond to the defendant's appeal in this matter.

    IT IS FURTHER ORDERED THAT defendant's reply to the government's opening brief shall be filed on or before August 19, 2005.

DATED:   June 2, 2005           /s/ OLIVER W. WANGER
                                OLIVER W. WANGER
                                U.S. District Court Judge